**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

BRIAN STRAYER, et al.,

      Plaintiffs,

          v.

DOUGLAS BARE, et al.,

      Defendants.

CIVIL ACTION NO. 1:06-CV-2068

(JUDGE CAPUTO)

### ORDER

**NOW**, this 4th day of April, 2012, **IT IS HEREBY ORDERED** that Third-Party Defendants Steven Stambaugh and Anita Livaditis' Motion for Summary Judgment as to Defendant / Third-Party Plaintiff Darryl Cunningham's Third-Party Claims (Doc. 278) is **DENIED**.

          /s/ A. Richard Caputo
          A. Richard Caputo
          United States District Judge