# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRIAN STRAYER, et al., | CIVIL ACTION NO. 1:06-CV-2068 |
| Plaintiffs, | |
| v. | (JUDGE CAPUTO) |
| DOUGLAS BARE, et al., | |
| Defendants. | |

## ORDER

**NOW**, this 4th day of April, 2012, **IT IS HEREBY ORDERED** that Third-Party Defendants Steven Stambaugh and Anita Livaditis' Motion for Summary Judgment as to Defendant / Third-Party Plaintiff Darryl Cunningham's Third-Party Claims (Doc. 278) is **DENIED**.

                    /s/ A. Richard Caputo
                    A. Richard Caputo
                    United States District Judge