# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRIAN STRAYER, et al., | CIVIL ACTION NO. 1:06-CV-2068 |
| Plaintiffs, | |
| v. | (JUDGE CAPUTO) |
| DOUGLAS BARE, et al., | |
| Defendants. | |

## **ORDER**

**NOW**, this 3rd day of May, 2012, **IT IS HEREBY ORDERED** that Third-Party Defendant Steven Stambaugh's motion *in limine* to preclude all evidence that may flow from Third-Party Plaintiff Darryl Cunningham's claims against Mr. Stambaugh (Doc. 288) is **DENIED** for failing to comply with the requirements of Middle District Local Rule 7.10.

                                                     /s/ A. Richard Caputo  
                                                   A. Richard Caputo  
                                                   United States District Judge