# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRIAN STRAYER, et al., | CIVIL ACTION NO. 1:06-CV-2068 |
| Plaintiffs, | |
| v. | (JUDGE CAPUTO) |
| DOUGLAS BARE, et al., | |
| Defendants. | |

## ORDER

**NOW**, this 28th day of June, 2012, **IT IS HEREBY ORDERED** that:

1. Plaintiffs' Motion to Impose Sanctions Against Defendant Douglas bare Pursuant to Rule 37 of the Federal Rules of Civil Procedure (Doc. 294) is **DENIED**;

2. Motion In Limine of Third-Party Defendant Stambaugh to Exclude Late Production of Documents (Doc. 289) is **GRANTED** to the extent these documents shall not be made part of any party's case in chief;

3. Motion of Plaintiffs to Allow the Filing of a Complaint by Plaintiffs Against Third Party Defendant Steven Stambaugh Pursuant to Rule 14(a)(3) (Doc. 291) is **DENIED**;

4. Third-Party Defendant Steven Stambaugh's Motion for Reconsideration and/or Relief Pursuant to Federal Rules of Civil Procedure 1, 50, and 60 (Doc. 309) is **GRANTED**;

5. The Court's April 4, 2012 Memorandum and Order (Docs. 283 & 284) are **VACATED**; and

6. Third-Party Defendants Steven Stambaugh and Anita Livaditis' Motion for Summary Judgment as to Defendant / Third-Party Plaintiff Darryl Cunningham's Third-Party Claims (Doc. 278) is **GRANTED**.

 /s/ A. Richard Caputo
A. Richard Caputo
United States District Judge